**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00765-CV

**KINGVISION PAY-PER-VIEW, LTD, ET AL, Appellants**

**V.**

**DALLAS COUNTY, TEXAS, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-11471-F**

## ORDER

Before the Court is appellants' May 1, 2013 second unopposed motion for extension of time to file reply brief. Appellant's motion is **GRANTED**. Appellants' reply brief shall be filed on or before May 10, 2013.

/s/　　ELIZABETH LANG-MIERS
　　　　JUSTICE